# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RANCHERS PIPE & STEEL CORPORATION,** | |
| **Plaintiff,** | |
| v. | Case No. 17-cv-192-CVE-FHM |
| **LIBERTY MUTUAL INSURANCE COMPANY AND OHIO SECURITY INSURANCE COMPANY,** | |
| **Defendants.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Ranchers Pipe & Steel Corporation ("Plaintiff"), by and through its counsel of record, Mark Stanley of Stanley, Myers & Morgan, and Defendants Liberty Mutual Insurance Company and Ohio Security Insurance Company, by and through their counsel of record, William W. O'Connor and Margo E. Shipley of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Dated: May 15, 2018 Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

By: *s/William W. O'Connor**
William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: boconnor@hallestill.com
Email: mshipley@hallestill.com

**ATTORNEYS FOR DEFENDANTS, LIBERTY MUTUAL INSURNCE COMPANY AND OHIO SECURITY INSURANCE COMPANY**

-and-

*s/Mark S. Stanley*
Mark S. Stanley, OBA # 11528
STANLEY, MYERS & MORGAN
1516 South Boston Avenue, Suite 116
Tulsa, OK 74119
Telephone: (918) 584-2450
Facsimile: (918) 584-2430
Email: mstanley@csmlaw.us

**ATTORNEYS FOR PLAINTIFF**

* *Signed by filing attorney with permission of Defendants attorney.*